**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

CASE NUMBER:  |:||CR26 MMP/GRJ

v.

JOSE LOZANO

_____/

## MOTION REQUESTING AN ORDER
## SEALING THE INDICTMENT

The United States of America requests this Court to issue an Order sealing the indictment

returned by the grand jury in this case, and in support of this motion states as follows:

1.      The defendant has not been arrested on all potential charges as a result of the

activities alleged in the indictment.  The public revelation of the indictment could severely

hamper law enforcement's ability to locate and apprehend potential co-defendants to answer the

charges.

2.      The United States further moves the Court that the indictment in this case shall

remain **sealed** until further written Order of this Court, except that the Clerk's Office shall

provide two certified copies of the indictment to the United States Attorney for the Northern

District of Florida, two certified copies to the United States Marshal for the Northern District of

Florida, and one certified copy to the United States Probation Office for the Northern District of

Florida.

Filed 0823'11 UsDcFln1PM1255

WHEREFORE, in order to arrest the defendant(s) before the indictment is made available to the public, it is respectfully requested that the Court order the sealing of the indictment returned in this case.

Respectfully submitted,

PAMELA C. MARSH
UNITED STATES ATTORNEY

GREGORY P. McMAHON
Assistant United States Attorney
Florida Bar No. 178110
300 E. University Avenue, Ste. 310
Gainesville, Florida 32601
352-378-0996

## ORDER

The government's motion is granted.

DONE AND ORDERED this the 23ʳᵈ day of August , 2011

GARY R. JONES
UNITED STATES MAGISTRATE JUDGE